```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 07590
   ANDRE LIGHTNER
   MARILYN LIGHTNER                           CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER
          Debtor
   SSN XXX-XX-9185    SSN XXX-XX-6325

-----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 03/30/2008 and was not confirmed.

     The case was dismissed without confirmation 04/23/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
VOLVO                    SECURED NOT I     5616.40           .00            .00
US BANK NATIONAL         NOTICE ONLY      NOT FILED          .00            .00
FORD MOTOR CREDIT        NOTICE ONLY      NOT FILED          .00            .00
THADDEUS J HUNT          DEBTOR ATTY           .00                          .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                         --------------   --------------
TOTALS                     .00                    .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 07/23/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE